The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEATHER SPENCER,<br><br>            Plaintiff,<br><br>      v.<br><br>PFAU COCHRAN VERTETIS KOSNOFF PLLCS, a Washington company,<br><br>            Defendant. | No. 2:10-CV-01582<br><br>**DEFENDANT'S ANSWER TO COMPLAINT** |

## I.   ANSWER

In Answer to the Complaint For Damages filed by Heather Spencer ("Plaintiff"), Defendant Pfau Cochran Vertetis Kosnoff PLLC ("Defendant"):

1. Denies that it has wrongfully or willfully withheld overtime wages, and admits the remaining allegations in paragraph 1.1.

2. Admits, on information and belief, the allegations in paragraph 2.1.

3. Admits the allegations in paragraph 2.2.

4. Admits, on information and belief, the allegations in paragraph 3.1.

5. Admits the allegations in paragraph 3.2.

6. Admits the allegations in paragraph 3.3.

7. Denies that Plaintiff's action has merit, and admits the remaining allegations in

ANSWER - 1

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

1  paragraph 3.4.

2      8.    Admits, on information and belief, the allegations in paragraph 3.5.

3      9.    Denies that Defendant engaged in any unlawful conduct, and admits the
4  remaining allegations in paragraph 3.6.

5      10.    Admits the allegations in paragraph 4.1.

6      11.    Admits that Defendant hired Plaintiff, effective December 26, 2008, and paid her
7  a salary, and that Cochran and Vertetis are partners and owners and had supervisory authority
8  over Plaintiff, and denies the remaining allegations in paragraph 4.2.

9      12.    Is without sufficient information to admit or deny the allegations in paragraph 4.3
10  and, therefore, denies them.

11      13.    Admits that Defendant recruited Plaintiff's services in the fall of 2008, and is
12  without sufficient information to admit or deny the remaining allegations in paragraph 4.4 and,
13  therefore, denies them.

14      14.    Denies the allegations in paragraph 4.5.

15      15.    Denies the allegations in paragraph 4.6.

16      16.    Denies the allegations in paragraph 4.7.

17      17.    Denies the allegations in paragraph 4.8.

18      18.    Denies the allegations in paragraph 4.9.

19      19.    Admits that Defendant terminated Plaintiff's employment on or about February
20  16, 2010, and denies the remaining allegations in paragraph 4.10.

21      20.    Denies the allegations in paragraph 4.11.

22      21.    Admits and denies the allegations re-alleged and incorporated into paragraph 5.1
23  as set forth above.

24

ANSWER - 2

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

22. Denies the allegations in paragraph 5.2.

23. Denies the allegations in paragraph 5.3.

24. Denies the allegations in paragraph 5.4.

25. Admits and denies the allegations re-alleged and incorporated into paragraph 6.1 as set forth above.

26. Denies the allegations in paragraph 6.2.

27. Denies the allegations in paragraph 6.3.

28. Denies the allegations in paragraph 6.4.

29. Denies that Plaintiff is entitled to any of the relief set forth in the Prayer for Relief.

30. Denies each and every allegation not expressly admitted herein.

## II. DEFENSES AND AFFIRMATIVE DEFENSES

By way of further answer, Defendant states the following defenses and affirmative defenses:

1. **Exempt Status.** Defendant properly categorized Plaintiff as exempt from the overtime compensation obligation of state and federal law and properly paid her on a salaried basis.

2. **Reservation.** Defendant reserves the right to assert additional defenses and affirmative defenses to conform with the proof as discovery progresses.

WHEREFORE, having fully answered the Complaint, Defendant respectfully requests that:

1. the Complaint be dismissed with prejudice;

2. Defendant be awarded the costs, disbursements and attorneys' fees it incurs herein;

ANSWER - 3

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

3. Defendant be granted permission to amend the Answer to conform with the proof; and

4. Defendant be granted such other relief as this Court deems just and equitable.

DATED this 22nd day of October, 2010.

         WINTERBAUER & DIAMOND PLLC

         */s/ Steven H. Winterbauer*
         Steven H. Winterbauer, WSBA #16468
         Fletcher B. Evans, WSBA #36607
         Attorneys for Defendant
         Pfau Cochran Vertetis Kosnoff PLLC

ANSWER - 4

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

I hereby certify that on October 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald W. Heyrich
Heyrich Kalish McGuigan PLLC
Puget Sound Plaza
1325 Fourth Avenue, Suite 540
Seattle, WA  98101

DATED this 22nd day of October, 2010.

_____
Joshua Fitzsimon
Legal Assistant
Winterbauer & Diamond, P.L.L.C.
1200 Fifth Avenue, Suite 1700
Seattle, WA  98101
Phone:  206-676-8440
Fax:  206-676-8441
mail@winterbauerdiamond.com

ANSWER - 5

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone: (206) 676-8440